1  Scott J. Sagaria (SBN 217981)
   SJSagaria@sagarialaw.com
2  Elliot W. Gale (SBN 263326)
   EGale@sagarialaw.com
3  Joe Angelo (SBN 268542)
   JAngelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste 100
5  Roseville, CA 95661
   Telephone: (408) 279-2288
6  Facsimile: (408) 297-2299

7  Attorneys for Plaintiff Erlinda Cundey

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDA CUNDEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No.: 5:17-cv-04090-LHK<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　**PLEASE TAKE NOTICE THAT** plaintiff Erlinda Cundey and defendant Equifax, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of Equifax, Inc. from this action upon finalization.

　　　　　　　　　　　　　　　　　　　　　　　　**Sagaria Law, P.C.**

Dated: September 26, 2017　　　　By:　　/s/ *Elliot Gale*
　　　　　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX, INC. -1-

|   |   |   |   |
|---|---|---|---|
|   |   | **Nokes & Quinn, APC** |   |
| Dated: | September 26, 2017 | By: | /s/ *Thomas P. Quinn, Jr.* |
|   |   |   | Thomas P. Quinn, Jr. |
|   |   |   | Attorneys for Defendant |
|   |   |   | Equifax, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*