1 | Scott J. Sagaria (SBN 217981)
  | SJSagaria@sagarialaw.com
2 | Elliot W. Gale (SBN 263326)
  | EGale@sagarialaw.com
3 | Joe Angelo (SBN 268542)
  | JAngelo@sagarialaw.com
4 | SAGARIA LAW, P.C.
  | 3017 Douglas Blvd., Ste 200
5 | Roseville, CA 95661
  | Telephone:  (408) 279-2288
6 | Facsimile:  (408) 297-2299

7 | Attorneys for Plaintiff Erlinda Cundey

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ERLINDA CUNDEY, | Case No.: 5:17-cv-04090-LHK |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER** |
| v. | |
| WELLS FARGO BANK, N.A., ET AL., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Erlinda Cundey and defendant Wells Fargo Bank, N.A. that Wells Fargo Bank, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER -1-

| | | |
|---|---|---|
| DATED: December 7, 2017 | | **Sagaria Law, P.C.** |
| | By: | */s/ Elliot Gale* |
| | | Elliot Gale |
| | | Attorney for Plaintiff Erlinda Cundey |

| | | |
|---|---|---|
| DATED: December 7, 2017 | | **Severson & Werson, APC** |
| | By: | */s/ Adam A. Vukovic* |
| | | Adam A. Vukovic |
| | | Attorney for Defendant Wells Fargo Bank, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Adam A. Vukovic has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Wells Fargo Bank, N.A. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

Hon. Lucy H. Koh
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER -2-